Hand-Delivered

FILED
CHARLOTTE, NC

DEC 20 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
**Western** District of **North Carolina**

**Civil** Division

Global Evidence Foundation c/o Nicole Abrams-Kelly
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

NISSAN Corporation of North America
GEICO Insurance Company
Modern Nissan of LKN
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **3:24-cv-1107-KDB**
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: **Nicole Abrams-Kelly**
   Street Address: **9932 Janeiro Drive**
   City and County: **Huntersville  Mecklenburg**
   State and Zip Code: **North Carolina 28078**
   Telephone Number:
   E-mail Address: **NicoleAbramsKelly@outlook.com**

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

- Name: Amanda Yett
- Job or Title (if known): NISSAN Arbitration Attorney
- Street Address: PO Box 685003
- City and County: Franklin
- State and Zip Code: TN 37068-5003
- Telephone Number: (800) 647-7261 (M) (615) 725-7851
- E-mail Address (if known): amanda.yett@nissan-usa.com

**Defendant No. 2**

- Name: GEICO Insurance Corporation
- Job or Title (if known): Legal Department - Arbitration
- Street Address: 5260 Western Avenue
- City and County: Chevy Chase
- State and Zip Code: Maryland 20815
- Telephone Number: (757) 222-6821
- E-mail Address (if known): FAX (703) 738-2194 / MaNielsen@geico.com

**Defendant No. 3**

- Name: Modern Automotive Network - Michael Feiereisel
- Job or Title (if known): Modern Nissan of LKN
- Street Address: 3901 Westpoint Blvd.
- City and County: Winston-Salem
- State and Zip Code: North Carolina 27103
- Telephone Number: (336) 448-2977
- E-mail Address (if known): Mfeiereisel@modernauto.com

**Defendant No. 4**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Federal DOT Safety regulations violations in lieu of Takata airbag(s) failure and multiple vehicle inspection failures to conclude the vehicle to be a "lemon". A inoperable vehicle to be refunded or replaced by manufacturer. Subpart K - Pattern or Practice of Safety Violations by Motor Carrier Mgmt. (79 FR 3537 rev. 01/22/2014) 49 U.S.C. 13902, 49 CFR part 365 and 49 CFR part 368.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Nicole Abrams-Kelly, is a citizen of the State of *(name)* North Carolina.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* Global Existence Foundation is incorporated under the laws of the State of *(name)* North Carolina, and has its principal place of business in the State of *(name)* North Carolina.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Michael Feieresel, is a citizen of the State of *(name)* North Carolina. Or is a citizen of *(foreign nation)* US.

b. If the defendant is a corporation

The defendant, *(name)* Modern Automotive Network is incorporated under the laws of the State of *(name)* North Carolina, and has its principal place of business in the State of *(name)* North Carolina.
Or is incorporated under the laws of *(foreign nation)* France (Renault Group) and has its principal place of business in *(name)* Boulogne-Billancourt, France

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
NISSAN Vehicle (Lemon Filing) NIS 1525131. Lemon Arbitration Rules, vehicle was purchased "new" and was found to have multiple system problems in addition to Takata airbag/SRS/Seatbelt "failures". Replacement or refund for salvaged vehicle requested.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

NHTSA Letter - Office of Defects Investigation. FTC Letter Ref # 712066900, Automotive dealer business practices & rip-offs (Nissan of LKN)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Cause of action amended for NC Lemon Law Arbitration filing NIS 1525131; since the vehicle was salvaged by dealership in October 2018. Award of refund or replacement vehicle including all remedies specifically provided by law and the award of the insurance repairs since the vehicle could not be repaired by GEICO despite their warranty, 16CVM 28585, GEICO Insurance refund in excess of $3,762.51 (2016).

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/19/2024

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Nicole Abrams-Kelly

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____