# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Global Existence Foundation<br>Nicole Abrams-Kelly**,**<br><br>Petitioner<br><br>vs.<br><br>Geico Insurance Corporation<br>Modern Automotive Network-<br>Michael Feiereisel<br>Amanda Yett<br>Nissan Corporation of North America**,**<br><br>Respondent. | JUDGMENT IN CASE<br><br>3:24-cv-01107-KDB-DCK |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 6, 2025 Order.

Signed: January 6, 2025

Katherine Hord Simon, Clerk
United States District Court